UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCIA H. STODDARD,<br>1602 Dickens Place<br>Upper Marlboro, MD 20744<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF,<br>SECRETARY,<br>U.S. Dept. of Homeland Security,<br>Washington, DC 20528,<br><br>    Defendant. | Civil No. 07-1643 (GK) |

## PRAECIPE

The Clerk of this Court will please enter the appearance of Assistant United States Attorney Marina Utgoff Braswell as counsel for the defendant.

                                      /s/
                            MARINA UTGOFF BRASWELL, D.C. BAR #416587
                            Assistant United States Attorney
                            U.S. Attorney's Office
                            Judiciary Center Building
                            555 4th Street, N.W.
                            Washington, D.C. 20530
                            (202) 514-7226