UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
MARCIA H. STODDARD,              )
1602 Dickens Place               )
Upper Marlboro, MD 20744         )
                                 )
        Plaintiff,               )
                                 )
        v.                       )  Civil No. 07-1643 (GK)
                                 )
MICHAEL CHERTOFF,                )
SECRETARY,                       )
U.S. Dept. of Homeland Security, )
Washington, DC 20528,            )
                                 )
        Defendant.               )
_____)
```

<u>DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully requests an extension of time of two business days, to and including October 1, 2007, in which to respond to the plaintiff's motion for a preliminary injunction, filed on September 20, 2007. Assistant U.S. Attorney ("AUSA") Marina Utgoff Braswell is currently in contact with agency counsel and gathering the information needed in order to respond to plaintiff's motion. The time requested is to enable AUSA Braswell to complete this task, which has been slowed because of her need to file two replies to oppositions to motions for summary affirmance two days ago, the filing of a dispositive motion yesterday on behalf of five defendants in a case, the need to draft a brief due for filing this Thursday in a putative class action suit, witness preparation today for a deposition she must

defend tomorrow, and the fact that she must be out of town this coming Friday.

Plaintiff has consented to this motion, as long as no hearing is scheduled in this case until after the briefing has been completed. Defendant does not believe that a hearing will be needed but consents anyway.

For the foregoing reasons, defendant respectfully request that this unopposed motion for enlargement of time be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MARINA UTGOFF BRASWELL, D.C. BAR #416587
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7226

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

MARCIA H. STODDARD,            )
1602 Dickens Place             )
Upper Marlboro, MD 20744       )
                               )
          Plaintiff,           )
                               )
     v.                        )   Civil No. 07-1643 (GK)
                               )
MICHAEL CHERTOFF,              )
SECRETARY,                     )
U.S. Dept. of Homeland Security,)
Washington, DC 20528,          )
                               )
          Defendant.           )
_____)

<u>ORDER</u>

Upon consideration of defendant's unopposed motion for enlargement of time, and the entire record of this case, it is hereby

ORDERED that defendant's motion is GRANTED for good cause shown; and it is further

ORDERED that defendant shall have to and including October 1, 2007, in which to respond to plaintiff's motion for a preliminary injunction in this case.

Dated this _____ day of _____, 2007.

                              _____
                              UNITED STATES DISTRICT JUDGE

Copies to:

Marina Utgoff Braswell
Assistant United States Attorney
U.S. Attorney's Office
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530


David A. Branch, Esq.
Law Office of David A. Branch
1825 Connecticut Ave., N.W.
Washington, D.C. 20009