# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARCIA H. STODDARD** ) | |
| **1602 Dickens Place** ) | |
| **Upper Marlboro, MD 20744** ) | |
|         **Plaintiff,** ) | |
| ) | |
|     **v.** ) | **Civil Action No.: 07-1643 (GK)** |
| ) | |
| **MICHAEL CHERTOFF, Secretary,** ) | |
| **U.S. Department of Homeland Security,** ) | |
| **Washington, D.C. 20528** ) | |
|        **Defendant.** ) | |
| ) | |

## NOTICE OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Marcia Stoddard, by and through undersigned counsel, hereby notifies the court that the parties have resolved all claims and requests that the above-captioned matter be, and it is hereby, dismissed with prejudice.

Respectfully submitted,

By: _____/s/_____
David A. Branch #438764
Law Offices of David A. Branch
1825 Connecticut Avenue, N.W.
Suite 690
Washington, D.C.  20009
(202) 785-2805

1

**Certificate of Service**

I hereby certify this 6th day of December 2007, that a copy of the foregoing Plaintiff's Notice of Dismissal was sent via the court's ECF filing to counsel for Defendants listed below:

Marina Braswell, AUSA
U.S. Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530


_____/s/_____
David A. Branch